AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 NOV -9 AM 9:10

CLERK-ALBUQUERQUE

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MR 15-703
)
705 72nd Street NW )
Albuquerque, NM 87121 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Bernalillo____ District of ____New Mexico____
*(identify the person or describe the property to be searched and give its location)*:

See attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____November 19, 2015____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____undersigned____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____November 5, 2015 at 8:32 am____   ____[signature]____
Judge's signature

City and state: ____Albuquerque NM____   **KAREN B. MOLZEN**
**U.S. MAGISTRATE JUDGE**
*Printed name and title*

## Attachment A

Residence of Adrian G. Secrist, a tan in color, single story home with the front door and attached tan in color garage facing east, a tan in color shingled roof and stucco walls. The house number, 705, is located on the curb of the street at the end of the driveway next to the mailbox. The house is located at 705 72nd Street NW, Albuquerque, NM 87121, garages, any surrounding curtilage, a 2014 Dodge Ram/LIC:539SLJ/VIN:3C6UR5DL0EG14 1461, a 2007 Kawasaki Motorcycle/LIC:R75602/VIN:JKAZXCD1X7A022058, a 2014 Yamaha Motorcycle/LIC: S01021/VIN: JYARN33E1EA000491, a 2010 Yamaha Motorcycle/LIC:OHT4465/VIN: JY4AJ44Y5AC001782



Attachment B

| | | | Motorcycle GPC | |
|---|---|---|---|---|
| Date | Merchant | Total | Item | Address |
| 21-Dec-12 | Sears | 189.99 | Craftsman 255 Pc Tool Set | Pickup |
| 21-Dec-12 | Sears | 199.99 | Eureka PET Bagless Upright Vacuum | Pickup |
| 29-Dec-12 | Bike Bandit | 199.99 | Scala Rider Q2 Pro MultiSet Cummication System | Office |
| 29-Dec-12 | Bike Bandit | 116.99 | Joe Rocket Sonic R Motorcycle Boots | Office |
| 29-Dec-12 | Bike Bandit | 89.99 | Tour Master Defender Two-Piece Motorcycle Rain Suit | Office |
| 41272 | Bike Bandit | 130.95 | HJC IS-33 Metallic Open Face Helmet | Office |
| 29-Dec-12 | Bike Bandit | 107.99 | HJC CS-RS Storm Snow Helmet | Office |
| 29-Dec-12 | Bike Bandit | 22.95 | HJC Sun Visors for Symax II, IS-16, IS-33, IS-MAX, IS-MAX BT Helmets | Office |
| 29-Dec-12 | Bike Bandit | 30.95 | HJC IS-33 RST Mirrored Faceshields | Office |
| 29-Dec-12 | Bike Bandit | 71.99 | Motostance M-6 Rear Stand | Office |
| 29-Dec-12 | Bike Bandit | 49.95 | Powerstands Racing Economy Fork Stand | Office |
| 29-Dec-12 | Bike Bandit | 45.95 | Stop & Go Tubeless Tire Shop Repair Kit | Office |
| 29-Dec-12 | Bike Bandit | 62.99 | Fieldsheer Apex 2.0 Gloves | Office |
| 29-Dec-12 | Bike Bandit | 62.99 | Fieldsheer Apex 2.0 Gloves | Office |
| 7-Jan-13 | Amazon | 169.99 | Contour ROAM2 Waterproof Video Camera (Black) | Office |
| 23-Jan-13 | Lowes | 175.42 | Bottom Load Water Cooler | Pickup |
| 28-Jan-13 | Amazon | 49.99 | Contour Moto Mounts 6230 | Office |
| 3-Jul-13 | Sears | 59.99 | Craftsman Torque Wrench 1/2 Drive | Pickup |
| 3-Jul-13 | Sears | 39.99 | Craftsman Socket Set | Pickup |
| 3-Jul-13 | Amazon | 17.56 | Sportbike Suspension Tuning | Office |
| 3-Jul-13 | Amazon | 21.42 | The Upper Half of the Motorcycle: On the Unity of Rider and Machine | Office |
| 3-Jul-13 | Amazon | 13.48 | A Twist of the Wrist: The Motorcycle Roadracers Handbook | Office |
| 3-Jul-13 | Amazon | 13.55 | A Twist of the Wrist 2: The Basics of High-Performance Motorcycle Riding | Office |
| 15-Aug-13 | Bike Bandit | 125.99 | Cortech Super 2.0 18-Liter Motorcycle Tank Bag | Unknown |
| 15-Aug-13 | Bike Bandit | 125.55 | CruzTools 3-Way Packwrench | Unknown |
| 30-Jan-14 | Amazon | 79.99 | Sony DVD Player | Office |



Attachment B

| Date | Vendor | Amount | Item | Location |
|---|---|---|---|---|
| 12-Mar-14 | Rocky Mtn ATV MC | 98.99 | Cortech Super 2.0 Tail Bag Black | Office |
| 12-Mar-14 | Rocky Mtn ATV MC | 36.44 | Kolpin Flat Pack | Office |
| 8-Apr-14 | Procaliber | 57.51 | Baja '13 Hydration 70oz | Office |
| 17-Apr-14 | Woot | 1144.98 | 39' and 55' TVs | Residence |
| 5-May-14 | Motorcycle Safety Foundation | 59.99 | 2014 Limited Edition MSF RC Jersey - 2XL | Office |
| 5-May-14 | Motorcycle Safety Foundation | 59.99 | 2015 Limited Edition MSF RC Jersey - L | Office |
| 17-May-14 | Amazon | 429 | Bosch Combo Kit Case | Residence |
| 19-May-14 | Bike Bandit | 323.55 | Z1R Ace Transit Solid Open Face Helmet | Residence |
| 19-May-14 | Bike Bandit | 130.95 | HJC IS-33 Metallic Open Face Helmet | Residence |
| 19-May-14 | Bike Bandit | 30.95 | HJC (HJ-17J) RST Mirrored Faceshields | Residence |
| 8-Jun-14 | Northern Tool | 79.99 | RDS Diesel Installation Kits for Newer Dodge Passenger Trucks | Residence |
| 8-Jun-14 | Northern Tool | 259.99 | Lund International 37-Gallon Liquid Storage Tank - Black | Residence |
| 8-Jun-14 | Studica | 499 | Da Vinci 1.0 Desktop 3D Printer | Office |
| 8-Jun-14 | Studica | 28 | ABS Filament Cartridge for Da Vinci 1.0 3D Printer - Black | Office |
| 8-Jun-14 | Studica | 28 | ABS Filament Cartridge for Da Vinci 1.0 3D Printer - Red | Office |
| 8-Jun-14 | Studica | 28 | ABS Filament Cartridge for Da Vinci 1.0 3D Printer - Tangerine | Office |
| 8-Jun-14 | Studica | 28 | ABS Filament Cartridge for Da Vinci 1.0 3D Printer - Green | Office |
| 8-Jun-14 | Studica | 28 | ABS Filament Cartridge for Da Vinci 1.0 3D Printer - White | Office |
| 10-Jun-14 | Amazon | 20.53 | The Total Motorcycle Manual (Cycle World): 291 Skills You Need, Lindemann, Mark | Office |
| 10-Jun-14 | Amazon | 21.1 | The Essential Guide to Motorcycle Maintenance: Tips & Techniques to Keep Your Motorcycle in Top Condition, Zimmerman, Mark | Office |



Attachment B

| Date | Merchant | Total | Item | Address |
|---|---|---|---|---|
| 10-Jun-14 | Amazon | 19.68 | Proficient Motorcycling: The Ultimate Guide to Riding Well, Hough, David | Office |
| 10-Jun-14 | Amazon | 35.96 | Sunforce 52013 1.8-Watt Solar Battery Maintainer (Pack of 2) one panel | Office |
| 10-Jun-14 | Amazon | 33.92 | Black Stallion BSX Kevlar Sleeves (2) | Office |
| 10-Jul-14 | Tracker Supply | 549.99 | Trailer 4x7 | Pickup |
| 15-Jul-14 | Bike Bandit | 35.95 | Z1R Ace Transit Solid Open Face Helmet | Unknown |
| 15-Jul-14 | Bike Bandit | 143.8 | Z1R Ace Transit Solid Open Face Helmet (2) | Unknown |
| 15-Jul-14 | Bike Bandit | 323.55 | Z1R Ace Transit Solid Open Face Helmet (3) | Unknown |
| 15-Jul-14 | Bike Bandit | 49.45 | Master Lock Universal Trailer Lock Kit | Unknown |
| 28-Jul-14 | Amazon | 359.99 | 2 1/2 Shank Class V 18000lb GenY 4-Recevier, Drop Hitch Class 5, 3" Dual Receiver Hitch, Multiple Use, Adjustable Hitch, Pintle | Residence |
| 13-Sep-14 | Bike Bandit | 90.95 | Fly Patrol Motorcycle Jacket 2013 | Unknown |
| 31-Jul-14 | Bike Bandit | 80.98 | MotoStance Wheel Chock (2) | Unknown |
| 31-Jul-14 | Bike Bandit | 48.52 | High Roller Handlebar Harness | Unknown |
| 31-Jul-14 | Bike Bandit | 38.65 | BikeMaster Tire And Tube Flat Repair Kit | Unknown |
| 31-Jul-14 | Bike Bandit | 39.95 | Thor Phase Pro Circuit/ Monster Jersey | Unknown |
| 31-Jul-14 | Bike Bandit | 20.95 | MSR Rockstar Jersey 2014 | Unknown |
| 13-Sep-14 | Lowes | 27.47 | Bayco 13-Watt Fluorescent Portable Work Light | Pickup |
| | Total: | 7569.3 | | |

| GPC | | | | |
|---|---|---|---|---|
| Date | Merchant | Total | Item | Address |
| 6-Aug-13 | Goal Zero | 1379.97 | Yeti 400 110v (SKU: 23000) (3) | |
| 6-Aug-13 | Goal Zero | 368.8 | Yeti 150 110v (SKU: 22004) (2) | |
| 6-Aug-13 | Goal Zero | Unknown | Extreme 350 Adventure Kit (SKU: 39002) | |
| 13-Aug-13 | Traffic Cones For Less | 239.4 | 18" Lime Green Cone w/Black Base (30 total) | Office |



Attachment B

| Date | Vendor | Price | Item | Location |
|---|---|---|---|---|
| 13-Aug-13 | Traffic Cones For Less | 539 | 18" 3 LB Traffic Cone (7.70 each...70 purchase...total left?) | Office |
| 15-Aug-13 | Amazon | 519 | Goal Zero 39002 Silver/Black Large Extreme 350 Adventure Kit | Office |
| 15-Aug-13 | Amazon | 199.95 | Goal Zero 44003 Guardian Silver/Black 12V Solar Recharging Kit w/Nomad 13 Solard Panel | Office |
| 15-Aug-13 | Amazon | 199.95 | Goal Zero 44003 Guardian Silver/Black 12V Solar Recharging Kit w/Nomad 13 Solard Panel | Office |
| 15-Aug-13 | Amazon | 55.81 | Allen Company Rock Creek Neoprene Stocking Foot Waders (L) | Office |
| 15-Aug-13 | Amazon | 55.81 | Allen Company Rock Creek Neoprene Stocking Foot Waders (L) | Office |
| 15-Aug-13 | Amazon | 17.67 | Favi FE01-BL Mini Wireless Keyboard with Mouse Touchpad - Black | Office |
| 16-Aug-13 | Tractor Supply | 49.99 | Peak 400-Watt Tailgate Inverter | Pickup |
| 12-Feb-14 | Amazon | 64.99 | Logitech HD Pro Webcam C920, 1080p Widescreen Video Calling/Recording | Office |
| 12-Feb-14 | Amazon | 64.99 | Logitech HD Pro Webcam C920, 1080p Widescreen Video Calling/Recording | Office |
| 12-Mar-14 | Rocky Mountain ATV MC | 98.99 | Cortech Super 2.0 Tail Bag Black | Office |
| 16-May-14 | Magnum Electronics | 79 | Noise-Cancelling Remote Speaker Mic (PMMN4045B) | Office |
| 16-May-14 | Magnum Electronics | 79 | Noise-Cancelling Remote Speaker Mic (PMMN4045B) | Office |
| 16-May-14 | Magnum Electronics | 79 | Noise-Cancelling Remote Speaker Mic (PMMN4045B) | Office |
| 16-May-14 | Magnum Electronics | 39.99 | SPOT Satellite Messenger | Office |
| 23-May-14 | Lowes | 149 | Bosch 120V Job Site Radio | Pickup |
| 2-Jul-14 | Exchange | 24.87 | Webcam Kit My Home Your Home | Pickup |
| 2-Jul-14 | Exchange | 24.87 | Webcam Kit My Home Your Home | Pickup |
| 2-Jul-14 | Exchange | 57.99 | 500GB My Passport Ultra Black | Pickup |



Attachment B

| 2-Jul-14 | Exchange | | 57.99 | 500GB My Passport Ultra Black | Pickup |
|---|---|---|---|---|---|
| 2-Jul-14 | Exchange | | 89.99 | 1TB My Passport Ultra Black | Pickup |
| 2-Jul-14 | Exchange | | 89.99 | 1TB My Passport Ultra Black | Pickup |
| | | | | | |
| | Total: | | 2877.24 | | |
| | | | | | |
| | Grand Total: | | 10446.54 | | |



AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>MR 15.703 | Date and time warrant executed:<br>05 Nov 15 / 1130 am | Copy of warrant and inventory left with:<br>MSgt Adrian Secrist |
| Inventory made in the presence of:<br>Inv. Erica L. Double |||
| Inventory of the property taken and name of any person(s) seized:<br>*See highlighted spreadsheet*<br>Highlighted items were taken from the residence of Adrian Secrist |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05 Nov 15

*Executing officer's signature*

Jacob L. Mercurio, Inv.
*Printed name and title*